82,942-01

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 04 2015

Abel Acosta, Clerk

## EX PARTE   BRANDON JAMES MONROE

# PETITION FOR WRIT OF HABEAS CORPUS

# PREAMBLE

In this petition, the party shall be referred to as follows:

1. Brandon James Monroe, will be referred to as "Monroe"

A copy of the actual warrants could not be obtained. Supporting documents for this petition have been attached. Document A and B.

# IDENTITY OF PARTIES AND COUNSEL

## APPLICANT

Brandon James Monroe
P.O. Box 277
Tahoka, TX 79373

## ATTORNEYS FOR THE STATE

Robert N. Bland IV
District Attorney

Michael Bloch
Assistant District Attorney

Ector County Courthouse
300 N. Grant, Room 305
Odessa, TX 79761

# STATEMENT OF THE CASE

This is a Petition For Writ of Habeas Corpus filed by, Brandon James Monroe.

Monroe is currently being restrained of his liberty at the Lynn County Jail in Tahoka, Texas where he was commited by virtue of written commitment order entered on November 26, 2013

# STATEMENT OF JURISDICTION

This Court has Jurisdiction to issue a writ of habeas corpus in this case as the underlying issue complained of originated in the 161st Judicial District Court of Ector County Odessa Texas. This petition is being presented for the first time in the Court OF Criminal Appeals. According to Code OF Criminal Procedure Art. 11.05.

# ISSUE PRESENTED

1. Whether a period of three hundred and twelve days between the commitment of Monroe and the Ector County District Attorney's Office Failure to indict and provide trial is an unduly delay which violates Monroe's due process rights.

# STATEMENT OF FACTS

On November 1, 2013 Monroe was arrested and charged with possesion of controlled substance 1≥4$<200 by the Ector County Police Department. On November 1, 2013 bond was set at 50,000. On November 3, 2013 bail was made. On November 26, 2013 a warrant for the arrest of Monroe was issued by the Board of Pardons and Paroles and executed Forty four days later on January 9, 2014. Monroe has been confined since that day, by this warrant to answer for the above named charge in court. As of November 18, 2014 the case had not been assigned to an Attorney in the Ector County District Attorney's Office. A petition for the Writ of Habeas Corpus was filed by Monroe with the Court of Appeals, 7th District of Texas and dismissed by said Court for want of jurisdiction. Monroe now Files his petition for Writ of Habeas Corpus with the Court of Criminal Appeals.

2

# PRAYER

For the foregoing reasons, Brandon James Monroe, requests that this Court grant his petition for Writ of Habeas Corpus, dismiss the pending charge on record entirely; and order that the bond be discharged. Monroe also prays for all other relief as the Court deems just and proper.

Respectfully Submitted,

*Brandon J. Monroe*

In accordance with Texas Rule of Appellate Procedure 52.3(j), I swear that I Brandon Monroe have reviewed this Petition for Writ of Habeas Corpus and have concluded that every factual statement is supported by competent evidence included in the record.

*Brandon Monroe*

02-25-2015

 

FROM THE DESK OF G. K. FIELDS
ECTOR COUNTY DETENTION CENTER
P.O. BOX 2066
ODESSA, TEXAS 79760
(432) 335-3060
FAX (432) 335-3902

January 26, 2015

Inmate Brandon Moore
ECDC# 86170
Lynn County# 12211

Our computer record shows you were arrested on 01-09-14 (9th day of 2014) as of this date you have been in custody for 382 days; 356 days of 2014 and 26 days of 2015.

Par Viol- no bond
Poss CS- $100,000.00 bond

I believe this answers your question.

G.K. Fields, Capt.



**Texas Department of Criminal Justice**

**Brad Livingston**

**Executive Director**

November 21, 2014

Mr. Brandon Monroe #01748170
PO Box 277
Tahoka, TX  79373

Dear Mr. Monroe,

This correspondence is in response to your letter recently received. As of November 18, 2014 your case had not been assigned to an attorney in the Ector County District Attorney's Office to advise if the charge will be presented before the grand jury. It remains pending at this time. We are awaiting the adjudication or dismissal of your charge. Upon disposition we will proceed according to policy. You will be notified once a decision has been made. At that time you will have the opportunity to formulate the next phase of your life based on that determination. Until that time, the warrant will continue to remain in effect.

If we may be of further assistance, please don't hesitate to contact our office.

Sincerely,

Veronica Walker
Parole Supervisor
Odessa Parole Office
(432) 550-0131

PAROLE DIVISION – REGION V
Juan Granados, Region Director

409 50th Street
Lubbock, Texas  79404
Phone (806) 747-8282

Fax (806) 762-1686